IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JELANI SOLOMON, | : | |
| Petitioner, | : | 3:16-cv-0106 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DAVID EBBERT, | : | |
| Respondent. | : | |

# **ORDER**

**June 27, 2017**

NOW THEREFORE, in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is further directed to CLOSE this case.

	s/ John E. Jones III
	John E. Jones III
	United States District Judge